1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATLE

8

JEFFERY R. FORD,

9
              Plaintiff,

10
      v.

11
BNSF RAILWAY COMPANY, a Delaware
corporation,

12
            Defendant.

CASE NO. C16-01384-RSM

STIPULATION FOR AND
ORDER TO CONSOLIDATE

13

14
      COMES NOW, Plaintiff Donald Bigham, by and through his undersigned attorney of

15
record, and Defendant BNSF Railway Company, by and through its undersigned attorney of

16
record, and stipulates that this matter be consolidated with the *Mirelowitz v. BNSF Ry. Co.*,

17
Case No. 2:16-cv-01385-RSM, and *Ford v. BNSF Ry. Co.*, Case No. 2:16-cv-01383-RSM

18
matters for all future pre-trial and trial purposes and that one case schedule be issued for all

19
/   /   /

20
/   /   /

21
/   /   /

22
/   /   /

23

STIPULATION FOR AND
ORDER TO CONSOLIDATE – PAGE 1

THORNTON MOSTUL HERSCHENSOHN, PLLC
1000 SECOND AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

three matters.

DATED this _____ day of January, 2017.

THORNTON MOSTUL HERSCHENSOHN          RYAN, SWANSON & CLEVELAND, PLLC

By_____          By_____
    George A. Thornton, WSBA 8198          Bryan C. Graff, WSBA 38553
    Mark C. Mostul, WSBA 13257          Attorneys for Defendant
    Of Attorneys for Plaintiff

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, it is hereby ORDERED that *Mirelowitz v. BNSF Ry. Co.*, Case No. 2:16-cv-01385-RSM, and *Jeffery R. Ford v. BNSF Railway Company,* Case No. 2:16-cv-1384-RSM be consolidated with and under *Donald Bigham v. BNSF Railway Company,* Case No. 2:16-cv-1383-RSM for all future pre-trial and trial purposes and that one case schedule be issued for all matters.  All future filings shall be made in case C16-1383-RSM only.

DATED this 20th day of January 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

THORNTON MOSTUL HERSCHENSOHN          RYAN, SWANSON & CLEVELAND, PLLC

By_____          By_____
    George A. Thornton, WSBA 8198          Bryan C. Graff, WSBA 38553
    Mark C. Mostul, WSBA 13257          Attorneys for Defendant
    Of Attorneys for Plaintiff

STIPULATION FOR AND
ORDER TO CONSOLIDATE – PAGE 2

THORNTON MOSTUL HERSCHENSOHN, PLLC
1000 SECOND AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION FOR AND
ORDER TO CONSOLIDATE – PAGE 3

THORNTON MOSTUL HERSCHENSOHN, PLLC
1000 SECOND AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443